IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-02773-REB-MEH

HOLY G WEAR, LLC, a Colorado limited liability company,

    Plaintiff,

v.

HOLY-G, INC., a California corporation doing business as Holy G,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Voluntary Dismissal Under Rule 41(a)(1)(I)** [#18] filed April 14, 2010. After reviewing the pleading and the file, I conclude that the voluntary dismissal should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Voluntary Dismissal Under Rule 41(a)(1)(I)** [#18] filed April 14, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 14, 2010, at Denver, Colorado.

                                          BY THE COURT:

                                          *Bob Blackburn*
                                          Robert E. Blackburn
                                          United States District Judge